**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil No. 01-1707 ADM/AJB

John A. Feddema,

Plaintiff,

vs.

**STIPULATION TO EXTEND TIME TO ANSWER**

Northwestern Mutual Life Insurance Company, Gene H. Storms General Agency, and Robert W. Baird & Co.,

Defendants.

**IT IS HEREBY STIPULATED** by the parties, through their undersigned attorneys, that the time within which Defendants Northwestern Mutual Life Insurance Company, Gene H. Storms General Agency, and Robert W. Baird & Co shall answer or otherwise respond to Plaintiff's Complaint may be extended to October 22, 2001.

Dated: 10-5-01

Donald H. Nichols, #78918
Paul J. Lukas, #22084
**Nichols Kaster & Anderson**
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

FILED OCT 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**Attorneys for Plaintiff John A. Feddema**

Dated: 10/3/01

Steven C. Eggimann, # 26013
**Meagher & Geer, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

**Attorneys for Defendant Gene H. Storms General Agency**

Dated: 10/5/01

Erik T. Salveson
**Gray Plant Mooty**
3400 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2925

**Attorneys for Defendants Northwestern Mutual Life Insurance Company and Robert W. Baird & Co.**

915426

**ORDER FOR EXTENSION OF TIME TO PLEAD**

Based on the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED:**

That the time within which the Defendants Northwestern Mutual Life Insurance Company, Gene H. Storms General Agency, and Robert W. Baird & Co shall answer or otherwise respond to Plaintiff's Complaint shall be extended to October 22, 2000.

**BY THE COURT:**

Dated: 10/9/01

Arthur J. Boylan
United States Magistrate Judge