UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

John A. Feddema,

Plaintiff.

v.

Northwestern Mutual Life Insurance Company, Gene H. Storms General Agency, and Robert W. Baird & Co.,

Defendants.

File No. 01-1707 ADM/AJB

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY AND ROBERT W. BAIRD & CO.**

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective undersigned attorneys, that Defendants Northwestern Mutual Life Insurance Company and Robert W. Baird & Co. should be dismissed with prejudice and without costs or disbursements to any of the parties.

Dated: 1-28-02

NICHOLS KASTER & ANDERSON

Donald H. Nichols #78918
Paul J. Lukas #22084X
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone (612) 338-1919

ATTORNEYS FOR PLAINTIFF

Dated: 1/28/02

GRAY PLANT MOOTY MOOTY & BENNETT, P.A.

Erik T. Salveson, #177969
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796
Telephone (612) 343-2800

ATTORNEYS FOR DEFENDANTS NORTHWESTERN MUTUAL LIFE COMPANY AND ROBERT W. BAIRD & CO.

FEB 4 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Consistent with the above-stipulation, it is hereby ORDERED that Defendants Northwestern Mutual Life Insurance Company and Robert W. Baird & Co. are dismissed from this action with prejudice and without costs or disbursements to any of the parties.

2/4/02

Ann D. Montgomery
UNITED STATES DISTRICT COURT JUDGE