UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

John A. Feddema,

Plaintiff.

v.

Northwestern Mutual Life Insurance Company, Gene H. Storms General Agency, and Robert W. Baird & Co.,

Defendants.

File No. 01-1707 ADM/AJB

**STIPULATION AND ORDER FOR DISMISSAL OF COUNT II**

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective undersigned attorneys, that Count II (Age Discrimination in Employment Act) should be dismissed with prejudice and without costs or disbursements to any of the parties.

Dated: 4-8-02

NICHOLS KASTER & ANDERSON

Donald H. Nichols #78918
Paul J. Lukas #22084X
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone (612) 338-1919

ATTORNEYS FOR PLAINTIFF

Dated: 4/4/02

MEAGHER & GEER, P.L.L.P.

Steven C. Eggimann, #26013
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Telephone (612) 338-0661

ATTORNEYS FOR DEFENDANT

FILED APR 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 18 2002
DEPUTY CLERK

**ORDER**

Consistent with the above-stipulation, it is hereby ORDERED that Count II of Plaintiff's Complaint is dismissed from this action with prejudice and without costs or disbursements to any of the parties. This matter is REMANDED to State Court.

Ann D. Montgomery
UNITED STATES DISTRICT COURT JUDGE

LET JUDGMENT BE ENTERED ACCORDINGLY.